

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　　　：
*ex rel.* DEBRA PARKS,　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　Plaintiffs,　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：　FILED UNDER SEAL
　　　v.　　　　　　　　　　　　　　：　Civil NO. RDB-06-2411
　　　　　　　　　　　　　　　　　　：
ALPHARMA, INC., *et al.*,　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　Defendants.　　　　　　　　　：
　　　　　　　　.....oOo.....

## ORDER

Having read and considered the Motion of the United States to intervene and for a partial lifting of the seal, and for good cause shown, it is this ___16TH___ day of March, 2010, HEREBY:

**ORDERED** that this case shall be partially unsealed as to the allegations against Alpharma, Inc., Alpharma Branded Products Division, Inc., Faulding Laboratories, and Purepac Pharmaceutical Company, as set forth in the redacted Complaint that was filed with this Court on March _16_, 2010, and this case shall remain sealed with respect to the allegations against the other remaining defendant in this case; and it is further:

**ORDERED** that this Order and the Government's Notice of Election to Intervene for Purposes of Settlement and Motion to Partially Unseal Complaint shall also be unsealed; and it is further:

ORDERED that the original Complaint and all other pleadings that have been filed in this case prior to the date of this Order, except for those that have been explicitly unsealed by the above provisions of this Order shall remain under seal, and that other subsequent and/or related filings in this case shall be filed under seal, except for the anticipated motion to dismiss defendants Alpharma, Inc., Alpharma Branded Products Division, Inc., Faulding Laboratories, and Purepac Pharmaceutical Company, which may be filed on the public record; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to Counsel for the government and counsel for the Relator.

_____
THE HONORABLE RICHARD D. BENNETT
United States District Judge