# *FILED SEPARATELY SHEET*

Civil Docket No.  RDB-06-2411

### *FILED SEPARATELY*

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:  [Name of Motion]
- ☐ Sealed
- ☐ Transcript of Proceedings before the Court on [Transcript Date]
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of [Name Deposed Person]  taken on [Date of Deposition]
- ☒ Other- REDACTED SECOND AMENDED COMPLAINT

**NO.  36**