IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBRA PARKS, et al. | * | |
| Plaintiffs | * | |
| v. | * | |
| | | CIVIL CASE NO.:  RBD-06-2411 |
| ALPHARMA, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \*

<u>PLAINTIFF DEBRA PARKS'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff, Debra Parks, by her attorneys, Robert C. Morgan, Gilbert F. Shelsby, and Morgan Carlo Downs & Everton, P.A., files this Opposition to the Motion of Defendant Alpharma, Inc. for Summary Judgment.  The grounds for this Motion are as follows:

1. There are genuine issues of material fact as to each element of Plaintiff Debra Parks's claim under 31 U.S.C. § 3730(h), and therefore, Defendant Alpharma, Inc. is not entitled to judgment as a matter of law.  The specific grounds in support of Plaintiff's position are set forth in the attached Memorandum.

        Respectfully submitted,

        _/s/ Robert C. Morgan_____
        Robert C. Morgan, #01509
        Gilbert F. Shelsby, #23722
        Joseph S. Johnston, #28903
        MORGAN CARLO DOWNS & EVERTON P.A.
        Executive Plaza IV, Suite 100
        11350 McCormick Road
        Hunt Valley, Maryland 21031
        (410) 584-2800
        rcmorgan@morgancarlo.com
        gshelsby@mslde.com
        jsjohnston@morgancarlo.com
        *Attorneys for Plaintiff, Debra Parks*

Dated:  March 17, 2011

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2011 a copy of the foregoing Opposition to Motion for Summary Judgment, Memorandum in support thereof, and index of exhibits were served via electronic filing, which sent notification of such filing to the following:

Thomas S. Williamson, Jr.
Lindsay Burke (*pro hac vice*)
Candice N. Plotkin (*pro hac vice*)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20001
202-662-5438
twilliamson@cov.com
lburke@cov.com
cplotkin@cov.com
*Counsel for Defendant Alpharma, Inc.*

  /s/ Robert C. Morgan
Robert C. Morgan, #01509
Morgan Carlo Downs & Everton, P.A.
Executive Plaza IV, Suite 100
11350 McCormick Road
Hunt Valley, Maryland  21031
410-584-2800
rcmorgan@morgancarlo.com
*Counsel for Plaintiff, Debra Parks*